**IN THE UNITED STATES DISTRICT COURT FOR MIDDLE TENNESSEE**

Gregory Ryan Webb
Plaintiff

V.

Deputy Powers, Deputy Levi Gilliam, Judge William Ridley, ADA Rachael Bateman, Kevin
Bryant, Lewana Webb, Avery York Jr.,
Cumberland County Sheriff's Dept,
Cumberland County, Tennessee, 13th District Of Tennessee

RECEIVED

OCT 2 6 2023

U.S. District Court
Middle District of TN

1983 Complaint

I am Pro Se Plaintiff Gregory Ryan Webb.  On June 4, 2021 I was arrested for a "staged" and
fake misdemeanor domestic assault in that my evidence or defense has been both hidden
and/or denied.  I took this case to a jury trial in that my trial was "staged" to the point I was not
allowed to win.  The opposite is true in that I lost and suffered five months of incarceration for a
crime I did not commit.

My son has been kidnapped from me through the color of state law after I was wrongfully
removed from my home as the actual victim in that the abuser prevailed with total control.
Judge William Ridley acted as a state actor with Attorney Kevin Bryant and Lewana Castillo
Webb acting with him in that Judge William Ridley conspired against me in a divorce hearing
that both Kevin Bryant and Lewana Castillo Webb helped him conspire.  I filed the two first
orders of protections in that I successfully gained one.  The "OP" was wrongfully taken from me
after Verizon wireless created a new plan for both me and my son's phone in that my son was a
child at that time.

Judge William Ridley cut my testimony short on purpose and allowed both Kevin Bryant and Lewana Castillo Webb to prevail through a divorce hearing that Ms. Webb gained total control of all including full custody of my son in that Ms. Webb is the abuser who also committed felonies against me. Through the color of state law Judge William Ridley wrongfully and unlawfully allowed evidence to be hidden, Ridley's excuses for doing so are all false and not true in that I can prove. Through the encouragement of Kevin Bryant and Ms. Webb's false testimonies, Lewana Castillo Webb acted through a state actor then knowingly and purposely violated both state and federal law against me that includes obstruction of justice with perjury, tampering and destroying evidence, and use of excessive force to purposely deprive me of my property without fair due process, my rights to my son, and ongoing lies to incarcerate me. Judge William Ridley, Kevin Bryant, and Lewana Castillo Webb kidnapped my son in that they broke the law by doing so. I was not allowed my due process right to defend myself. I was not allowed a defense in that my freedom to speech in a defense was not allowed. This is a real kidnapping that I was laughed at. Judge William Ridley acted in his official capacity and determined his ruling on lies. Kevin Bryant and Lewana Castillo Webb acted through a state actor to commit this conspiracy.

The in color intake photo from booking taken late night on June 4, 2021 or early morning June 5, 2021 was hidden from my trial and discovery. The entire discovery I submitted to every party was missing from trial. I own videos of myself dropping my defense off to all involved at trial.

Deputy Levi Gilliam was the wrong officer who testified at all hearings including the Grand Jury indictment and trial. Deputy Gilliam was a rookie officer of two months or less. Deputy Gilliam had no control over the arrest nor the incidents or decisions that took place. Deputy Powers had total control over the arrest, the police report, and the situation.

Attorney Craig Fickling represented me at trial, he knew facts concerning the wrong officer testifying and knew of the missing officer but allowed it to continue. The court including both the prosecution and my defense stated on record they were not aware of a second officer. I described a wound to my head to my attorney Ivy Gardner Mayberry several times during her representation for me. I demanded Deputy Gilliam to take a photo of the wound to my forehead that he did with his cell phone on the night of June 4, 2021, or after midnight on June 5, 2021. I requested then demanded Mrs. Mayberry to retrieve the up close cell phone photo that I was ignored. Again, even if it's inadmissible in court, the in color booking photo proves I'm telling the truth. After facing false charges of domestic, everything I owned of value was taken from me after I was removed from my home and my son's life. A real kidnapping.

I requested and then demanded Mrs. Mayberry to get a photo of the wound from the jail booking to prove the truth. Mrs. Mayberry purposely produced low quality black and white photo that showed nothing. This important cell phone photo was hidden from my trial in that my ex wife who's my accuser assaulted me by throwing a cosmetic bottle resulting in a blunt force wound that appeared as scrape to my forehead. In return, my accuser , Ms. Webb was allowed at trial to use a photo of her self inflicted or with make up fake wound in that Ms. Webb refused medical treatment for. The photo was never produced at the preliminary hearing an approximate year before. Ms. Webb did not have any injury on the night of June 4, 2021.

I filed a pro se subpoena for the photo of the wound in that subpoena was filed twice to case 22 CR 130.  The subpoena was ignored by all who I dropped the subpoena off to.  I own video of myself physically delivering subpoena and other to the 13th District DA office, the Circuit Court CLerk, and to Ms. Webb's counsel, Mr. Kevin Bryant.

 Deputy Jason Powers was the correct and commanding officer to testify concerning anything with Ms. Webb from the incident.  Deputy Levi Gilliam stayed outside with me the entire time.  Deputy Powers stayed inside my home with Ms. Webb for 20-40 minutes in that Deputy Powers did come outside once to hear my side of story.  As I attempted to tell my side of the story and offer video proof of Ms. Webb being the abuser, Deputy Powers ignored me and went back inside.  I was denied my right to equal protection under law in that Deputy Power's who was the commanding officer made the wrong choice to discriminate against me as being a male.  Deputy Powers chose to immediately take the side of the female who's also attractive in that Deputy Powers was not attracted to me.  Deputy Powers and the Cumberland County, TN sheriff's dept chose to discriminate against me and deny equal protection because of my past I've already paid for.  The Cumberland County, TN Sheriff's dept and the 13th District of Tennessee illegally tracked and listened to my audio through my phone without a justified warrant.  I was wrongfully convicted at my staged trial to justify an illegal warrant.

I notified appropriate authorities of a "clerical error" in a past statement I made in an unedited document.  I stated that "I refused to show proof Ms. Webb's the abuser."  The fact is that I was refused my right to a "field" defense by not being allowed to show videos proving Ms. Webb's the abuser and that Ms. Webb has been recently caught in numerous attempts to "stage" fake domestic acts against me resulting in an arrest.

The wound to my forehead I demanded from Deputy Gilliam to take a photo with his cell phone has continued to be hidden.  In what he did is proof Deputy Gilliam lied and committed perjury.  Deputy Powers never showed up to any hearing after he was subpoenaed to do so.  A deputy who had nothing to do with my case stood outside the Court doors during trial to try and trick me or whomever into believing Deputy Powers was at trial.

Deputy Powers wrote the police report or he coached Deputy Gilliam how to write it.  Deputy Gilliam purposely left out the fact of the wound to my head and my statement of being assaulted from the police report.  Deputy Gilliam committed perjury in that it convicted me after my defense was hidden.  Deputy Gilliam's actions allowed Ms. Webb to commit perjury.

Gilliam was Deputy for less than two months.  Deputy Gilliam did what he was told by Deputy Powers.  I am the Victim who was incarcerated after there's two different photos of the same scene in that both photos of the crime scene were wrong.  A photograph Deputy Gilliam confirmed as evidence from the June 4, 2021 incident was never presented at the preliminary hearing.  The photograph was later added to a "preliminary hearing" DVD in that I never knew of Ms. Webb's wound was fake and/or self- inflicted.

Deputy Powers was previous Sgt. at the jail.  I was placed in high security through no fault of my own.  This retaliation and targeting happened after I filed complaints and in return violates my first amendment right that also includes my right to petition the government.  Lewana Castillo Webb acted through the Cumberland County, TN sheriff's dept that are state actors in that Ms. Webb committed a real conspiracy against me.

Ms. Webb was allowed to submit false police reports, allowed to get away with false use of 911, and allowed to violate both state and federal laws against me. Ms. Webb and the two officers from the June 4, 2021 incident obstructed justice, purposely used excessive force against me without any good reason.

Attorney Craig Frickling never called Deputy Powers to testify after co counsel, Lori Dowell witnessed me confront Mr. Fickling more than once in that Deputy Gilliam's the wrong officer. Mr. Fickling denied me effective assistance of counsel, denied me my right to call witnesses, and denied my right to present evidence for my defense.

Mr. Frickling denied my right to due process in that Mr. Frickling who's a veteran Attorney attempted to manipulate me into believing he was doing all he could to defend me. Mr. Frickling denied me my right to due process in that my trial was staged and Mr. Frickling knew I was being set up for failure. Mr. Frickling denied my devices I offered to turn over to his investigator in that his investigator was excited to receive them and help authenticate all that I had. Mr. Frickling refused to allow his investigator to accept my devices for authentication in that my devices that were offered prove I am the victim in a Conspiracy. Attorney Craig Frickling used an excessive force against me and pushed me into a a staged trial denying my U.S. citizen right to a fair trial, I was not allowed my witnesses, and Frickling obstructed justice as an officer of the court after he purposely allowed Ms. Webb to get away with another fake domestic in that I was incarcerated for.

I can prove a real conspiracy against me in that my son has been kidnap[ped after officers of the court actually broke the law. This obstruction of justice acted against me in numerous ways to prevent liability to all. A "scheme".

I have submitted evidence numerous times proving Ms. Webb's fake domestics in that it was purposely hidden and never addressed. I will prove Obstruction Of Justice with Perjury also attached. Tampering with evidence, false police reports, assaults against me, false use of 911 call, corruption through attorney's, elected and appointed officials, plus law enforcement.

I have specifically pointed out facts that clearly denied me a fair trial, denied me equal protection under law, in that I was still incarcerated for five months over a crime I was unjustly convicted of after I knew my trial was staged. I was denied my freedom after a staged trial that I was incarcerated for. My freedom that was denied as a U.S. citizen has resulted in a "butterfly effect" that I will never recover from. Ms. Webb tampered with evidence by taking a laptop that was court ordered to be given to me. The Cumberland County, TN Sheriff's dept did not hold Ms. Webb accountable for taking the court ordered computer in that they allowed this act against me that would have helped prove my innocence. This excessive force violates both state and federal laws in that Ms. Webb was never held accountable. Ms. Webb knows of certain illegal acts committed by law enforcement and/or officials of the 13th District and/or the Cumberland County, TN officials. Ms. Webb was offered a deal in that she was employed and allowed all my property, my son, and my dogs. I produced and submitted an actual subpoena for Ms. Webb to answer on the said court ordered Acer Laptop. Ms. Webb was not required to attend any court hearing to produce. I submitted Ms. Webb's attempts to create false searches on the said laptop in that she made it appear to be me. I received a GOOGLE case number in that being a member of GOOGLE ONE allowed GOOGLE to retrieve deleted evidence from the Court Ordered computer. All the videos and/or audio's they could find that included an extremely important December 8, 2020 audio Ms. Webb deleted from the Court Ordered laptop.

I was deprived of protected interest in that I was not afforded adequate procedural rights prior to deprivation. I was denied my due process right to present a defense in that most of my defense was purposely kept off record to prevent the Appellate Court and Supreme Court from seeing. Obstruction Of Justice has been purposely committed against me resulting in a real kidnapping. This has all been purposely done against me by all as a team.

During my Court hearing that I believe was my actual preliminary hearing, Judge William Ridley treated me as a hostile defendant. The opposing attorney, Mr. Kevin Bryant was allowed to team up with the Assistant District Attorney that presented the case(s) in that a bogus domestic assault and a bogus order of protection was combined against me. The opposing attorney was allowed to act as a prosecutor. Judge William Ridley would not allow me to prevent my defense through electronic devices. I did find a way to submit my USB's to both Judge RIdley and Judge Mckeney. Instead, Judge Ridley, Kevin Bryant, and the ADA Rachael Bateman all witnessed Ms. Webb commit perjury in that I was allowed to ask one question to Ms. Webb after she was placed under oath. I asked Ms. Webb if she has ever hit me. Ms. Webb immediately responded with the answer no. The ADA Rachael Bateman knew Ms. Webb was lying due to fact that Rachael Bateman has previously admitted in open court that she had seen discovery that included numerous messages Mr. John Tyler Merchant has sent me after I succeeded in a restraining order I manipulated him into paying for. John Tyler Merchant sent me copies of him and Ms. Webb's past communications included a twenty five minute audio he recorded while at the justice center in Cumberland County, TN.

The communication Mr. Merchant sent me through messenger proves and actual conspiracy in that Mr. Merchant incriminated himself due to the data he had sent me. In return, the ADA mentioned this evidence to the point where the ADA had also seen or heard the videos and/or audios of Ms. Webb assaulting me.

At the moment when Ms. Webb answered no to the one question I asked, I noticed Mr. Kevin Bryant"s reaction the moment Ms. Webb lied. Mr. Bryant made the physical reaction to "Mike Tyson knocking another man out in the ring". Mr. Bryant jerked back with a facial expression in that his client, Ms. Webb, just took a serious hit to her being the plaintiff. Ms. Webb violated federal law by obstructing justice in that she did it through two state actors who did not hold her accountable.

Ms. Webb lied under oath in that Ms. Webb should have been held accountable at that moment. Mr. Bryant had seen my evidence in that his physical reaction to the lie Ms. Webb told while under oath confirmed Mr. Bryant has seen my evidence before that hearing. Ms. Webb was not coached into telling that lie while on the stand testifying against me. Instead, Ms. Webb acted on her own with the support of Judge William RIdley, ADA Rachael Bateman, and opposing counsel, Mr. Kevin Bryant. As I exited the courtroom I again noticed a man in a blue suit, 33 ish years old, with a military haircut. That man attended my hearing and only my hearing. As I watched him exit the justice center I asked a court officer if he knew the man. The court officer confirmed the man in the blue suit used to work for the Cumberland County, TN sheriff's department. I asked the Court officer if the man was TBI. The Court Officer responded with uncertainty but only to the point where it may be a different federal agency.

As ADA Rachael Bateman exited the courtroom I confronted her in that Ms. Webb just now committed perjury with the one question I asked. ADA Bateman ignored my statement and kept walking. I then filed statements, a motion and/or a petition, plus complaints to both the Cumberland County, TN sheriff's dept and the 13th District DA's office.

I also made a phone call to the General Sessions judges office in that I left a message on the answering machine stating the fact of Ms. Webb's perjury. After leaving that message for the General Sessions Judge I did receive a call back. I called the General Sessions Judges office again to follow up. The answering machine was no longer available.

The phone kept ringing to the point that I knew the answer machine was removed from that office to prevent my recording a statement in that Ms. Webb committed perjury that was not being addressed. Ms. Webb and Deputy Levi Gilliam were both allowed to commit perjury at a Grand Jury hearing I was not allowed to attend. The hearing against me resulted in an indictment for misdemeanor domestic assault in that obstruction of justice was committed to do so.

I made a phone call to the 13th District DA's satellite office in Crossville, TN stating that Ms. Webb is not a credible witness and that this wrong is going too far. The woman who answered the phone did not know how to respond in that she somewhat stuttered something I didn't understand. I then stated and accused that office of the 13th District DA of aiding felonies against me in that you are giving the domestic abuser total control over this case, my life, and my son's life. The woman's response was none in that the phone call ended.

After numerous phone calls, statements sent by messenger to both the 13th district and Cumberland County Sheriff's messenger, plus either motions or petitions.. Ms. Webb's obstruction of justice that violates federal law allowed an indictment against me that gave total control to a real domestic abuser of all categories.

Judge William Ridley, ADA Rachael Bateman, Opposing counsel Kevin Bryant, and Ms. Lewana Castillo Webb committed a real conspiracy against me in that I suffered total loss. I have been pushed into committed violence, murder, suicide, overdose, alcoholism, theft, wreckless or out of control behavior, in that I was purposely backed into a corner and set up for failure. At the next court hearing, Judge William Ridley and opposing counsel Kevin Bryant both laughed at me after I just lost my son and was also led to believe he was dead.

Through the color of state law Judge William Ridley acted as a State Actor in that he allowed Mr. Kevin Bryant to act as a prosecutor and combine two cases into one indictment that is not allowed after I received the Tennessee Supreme Court's order after I requested to combine my cases before them as Mr. Bryant and ADA Bateman did against me. I was informed through this order that it was not allowed.

During this same timeline, I requested and sent word to officials involved that if this situation is fixed, I will walk away without seeking any reimbursement when I will also forget it all happened.

After one year of my son being kidnapped during a real conspiracy against me, the scheme wasn't corrected after I offered a "verbal plea bargain" that I will walk away and take all losses without complaint. Instead, actions against me were manipulated further.

Judge Ridley acted in both his individual and official capacities in that Judge Ridley was placed as the General Sessions Judge without a vote by the public. Judge Ridley was placed to act out a real conspiracy against me. Judge Ridley allowed Ms. Webb to continue to a grand jury hearing that resulted in indictment after I notified Judge Ridley of Ms. Webb's obstruction of justice. Judge Ridley allowed the opposing council to act as prosecutor. Judge Ridley allowed cases to be combined in that the Supreme did not allow me to do the same. Judge Ridley laughed at me towards the end of the court hearing. Judge Ridley left the Judges Bench to an office or hallway behind a closed door in that I could hear Judge Ridley speaking with someone else behind that closed door. I overheard parts of a conversation in that I was the focus of that conversation.

In both her individual and official capacity ADA Bateman allowed Ms. Webb to commit obstruction of justice, violating federal law in that it resulted in me losing my son, all my property, my dogs, my home, and produced a grand jury indictment against me for a crime in that I am the victim.

Mr. Kevin Bryant acted in his official capacity as opposing attorney that acted as prosecutor against me. Mr. Bryant was immediately aware of Ms. Webb's perjury in that his physical response at that moment Ms. Webb lied while under oath told on himself. Mr. Kevin Bryant and ADA Rachael Batemen were working late at Mr. Bryant's office in that they were working late due to my evidence they somehow received hidden consequences for. They helped obstruct justice by hiding evidence through the state actor of Judge William Ridley in a real conspiracy.

Mr. Avery York Jr. acted against me through a state actor that's unknown at this time. I know who the state actors are but I cannot prove the two female names until Mr. York testifies.

Mr. Avery York Jr. dated my ex-wife in that he did all he could to impress Ms. Webb. Mr. York obstructed justice and had me targeted over a crime I did not commit and was cleared on. Mr. York's plan was to rid of me so that he would have total control over Ms. Webb's life that included my son. A scheme was produced to blame me for past action in that I am not guilty and was cleared with alibi by neighbors. Mr. York and Ms. Webb used a state actor that also includes the 13th district DA's office, the Cumberland County, TN sheriff's dept, and/or elected officials. Mr. York's family is politically connected, he was once a sheriff's deputy, and his sister in-law is the circuit court clerk. These actions against me in late 2021 were purposely hidden to prevent Mr. York's involvement from being seen by the public and myself. After Ms. Webb "cheated" against her relationship with Avery.. And the Cumberland County sheriff's dept warned him to stay away from the situation, my whole life revolved around "their" scheme and "cover up". Mr. York acted in his individual capacity through state actors to have me targeted in that he could have a future with Ms. Webb. Mr. York helped Ms. Webb remove me from the "picture" so that I could never see my son again.

Mr. York violated all my rights as a father and U.S. Citizen in that he contributed and created obstacles that prevented me from accessing the court. I was again denied equal protection under law in that these actions alone resulted in both my freedom of speech to report all happening against me that was ignored, and my rights to several different types of due process.

After I wrote up a judge I was also targeted after my right to petition the government was violated due to the Judge unfortunately passing away shortly after the written complaint that proves my ex wife's court favor's. This situation allowed the more intense targeting after Mr. York had me targeted as a favor and way to impress or win my ex wife over.

Ms. Webb purposely and knowingly obstructed justice in her individual capacity through two state actors who are Judge William Ridley and ADA Rachael Batemen.  Ms. Webb has committed perjury against me in that it has resulted in a conspiracy against me that's eligible to be heard by this HONORABLE COURT.

I was denied my rights as a citizen of the United States by all the defendant's I've named.  I was denied Due process in numerous ways that include my property loss, not being allowed to present any defense, opposing counsel and the accuser were allowed to violate federal law through state actors in that I was also denied equal protection under law due to favoritism and favors that resulted in Ms. Webb's control over the court hearing I've mentioned above.  I was denied my 1sr amendment right to be heard in Court during this preliminary hearing in that any defense I tried to produce was immediately shut down by Judge William Ridley.

I was denied my access to the court in that my motions and/or petitions were ignored.  I was purposely deprived of my procedural rights during this court hearing resulting in a real conspiracy committed against me by all four persons I've named in this part of the complaint.  I was denied my right to be free from malicious prosecution in that Ms. Webb should have never been allowed to move forward as a credible witness against me.   ADA Rachael Bateman and the 13th district DA"s office allowed Ms. Webb to prosecute me as the fake plaintiff resulting in grand jury indictment to prevent liability.

Due to the fact that I was removed from my home, my son was taken from me in that I was taken from him, my dogs were taken, all my most valuable property..  I am stating the fact that my 8th amendment right to be free from cruel and unusual punishment was violated resulting in the total destruction of my life in that it was purposely acted out against me by all person's I've mentioned in this complaint.

Judge William Ridley did not offer me an Attorney during this criminal preliminary hearing. Instead, Judge William Ridley asked if I would be representing myself in that I responded to the best of my memory that "I don't think I have a choice".  Judge William Ridley knew I would not be allowed a dismissal that again, resulted in the KIDNAPPING OF MY SON in that my son was 12 yrs or younger at that time.

Relief Requested:  $500,000 at cost

With attached punitive relief of $30,000,000.00


Respectfully Submitted,


Gregory Ryan Webb, 329 E. Tanner St., Wavery, IL 62692 temp address


Note:  Excessive Force, Federal Law Violations, Gaslighting and secondary Gaslighting, the break up video by Jessica Hill due to legal battle continuing and the guy they sent to her to break us up.., picture of Jessica Hill in Knoxville, TN at outside restaurant that does not show the other person at that dinner date.. In that timeline text messages prove Ms. Hill demanded a laptop to be returned that held a timeline I downloaded that was monitored by a computer.

I have screenshots or pictures showing the type of computer that was monitoring the timeline I created through a google or gmail email account.  This timeline was emailed successfully to Detective Gary Green, Ivy Gardner Mayberry, and another person.  Numerous emails were sent to the TBI in that I was not acknowledged until an approximate 15 minutes after I left the United States District Court which was months after I sent the first of numerous emails.  Timelines of numerous and/or emails sent to the Board Of Judicial Conduct.  Evidence sent on Messenger to the 13th District DA's office, Cumberland County, TN sheriff's messenger, the Avalon Center's Messenger.  Emails I tried sending to out of state friends were immediately blocked in that I have screenshots to prove so.  My phone was not allowed to call Jessica in a location I have never before lost signal in.  Someone has read or received Snap Chat communication sent to me by people I don't know.. In that I was never allowed to see what it was that they sent.  My facebook messenger showed another person or entity logged in to my messenger in that I never received notification of another person logged into my messenger in that I took screenshots. Response to females through snapchat by text..

Showed someone creating their own text message stating.. Liar, cheater, made in china, and something else in that I have it all on video.. Someone taking control of my radio.. More than once.. Changing the songs.. And choosing songs in that they were trying to communicate by using the titles of songs.. In that they also chose the music I was listening to.. I have it on video while it was happening in real time..

    Verizon wireless gave me free internet within seconds of my complaint that my phone internet, my aunts phone internet.. And her satellite internet all shut down within 5 minutes of each other on the night I was finishing a 1983 complaint for the United States District Court of Nashville, TN.

Calls I made to the Tennessee Supreme Court were intercepted by whomever in that I never heard any automated system before an operator or whomever answered.  Upon release from incarceration, I called the Tennessee Supreme Court in that it was an immediate answer to an automated system I never heard before during the previous times I called..  After some person was on my phone, I left the phone in their house.. I received a call from the Tennessee Supreme Court asking if there was anything wrong during the same moment or timeline of someone having access to my phone in that I choose not to name that person..  Phone calls to Verizon Wireless concerning my son's Iphone 12 mini.. Were intercepted by either a person or entity unknown.. Or.. they were intercepted by the local Crossville, TN verizon store due to the fact they were able to turn my phone on or off.. And also able to get into my actual verizon account as a verizon agent would.. Followed by aggressive stalkers in Chattanooga, TN reaching extreme speeds and high speed drifting in that the "cat mouse" game of whatever reached an out of control point.  Vandalism to Truck disabled the entire cooling system in that spraying antifreeze from radiator hose spit onto electrical components..

Vandalism also includes crimped electrical wires under the hood.. Two locations I've driven to in that those drives have been repetitive.. My transmission temperature rises at abnormal levels during those two trips to those two locations or areas.. Only.. when the transmission does not reach those temperatures if I drive anywhere else.  The Internet is somehow attached to the truck after I do not have any type of electronic or cell phone devices near or in the vehicle.. After the alarm in the truck is set..

I have had at minimum 15 thefts that have occurred from the inside of the truck in that it was unlocked remotely or with a key.  SD cards all were replaced with blank SD cards in all cameras that were set up in the truck.  Prescription medication was stolen four separate times after removal from my home.. Half of 30 ish pills twice.. And the whole bottle once.. And then seven pills were stolen from my bottle.. In approximately four days later.. The pills reappeared in the bottle that was locked in my vehicle.  Theft to legal work two separate times.. And another separate time at a jobsite in Chattanooga when a labor ready type worker left the job location to the parking lot and handed my stolen 1983 complaint I completed for filing.. In that the laborer handed the paperwork to a person in a light Gray or silver F          150.. In that laborer also threw my other legal work that was in a bag next to my tools in the dumpster to make it appear accidental and to make it appear the missing 1983 complaint was somehow lost in the full dumpster.  Two men exited a 18 wheeler trailer in that they went straight to the woods and took a man into custody who was in the woods watching me.  The two men and the man in custody disappeared after one of the two.. Told me the man they took in custody was from crab orchard, TN.  I never saw any of them again.  Wi Fi was specifically hooked up near Jessica's farm in that the wi fi was specifically to target me for whatever reason.. I have screenshots..

   Before my trial.. Jessica told me she was going on a short term trip to Las Vegas.. To see her reaction.. I told her I will pay my own way and maybe go with.. Jessica's response was dramatic and a big no.. I was purposely babysitted in that I stopped seeing Jessica on my own without her approval due to her overnight change in her personality/attitude in that she was stuck like glue.. And then a completely different person an approximate few weeks or less after I announced who I was spending time with due to the divorce interrogatories required by law.

Ms. Webb purposely hid her deed to Jack Daniels from our divorce in that she was held accountable. I submitted a legal document opening the door to my attached statements proving mortgage fraud against me to prevent my name on my home. Deed at the Courthouse has Broker Glen Mcdonald's handwriting stating Lewana Castillo was an unmarried woman in that it was specific and abnormal to be placed on the signature area of a deed. Ms. Webb and John Tyler Merchant committed bogus or suspicious searches on both my phone and computer that the moment I learned of this I submitted and/or turned it into both the Cumberland County sheriff's office and the TBI. The searches include militia type searches and 223 ammo.. The postmaster removed Mr. Merchants name from my address after my numerous complaints.. I learned Ms. Webb and Mr. Merchant went to the post office two or three days later and convinced another postal employee to help them add Mr. Merchant to my address again to make it appear he lived there. Ms. Webb told me in anger that Mr. Merchant was going to shoot me dead upon my arrival from work when I opened the door. I convinced Ms. Webb it was possible I would not die immediately and if so.. I would hurt whomever shot me.. Ms. Webb in my opinion relayed my statement to Mr. Merchant in that I foiled their plan when I should have let them do it. Mr. Merchant moved to a campsite 1 mile from the house.

Mr. Merchant then moved to Lake Tansi not far from my house where his neighbor was either a sheriff's deputy or a Crossville police officer.

The sex offender supervisor showed me a hidden police report against me in that I was actually the victim of a GPS stalking.. I obtained the login info of my ex wife while we were still married. I believed I was being tracked.. But instead.. Lewana was accidentally tracking herself.. Lewana forgot to turn her tracker off.. When I opened the app I was at Advance auto parts next to the Beef and barrel restaurant.. I was so close I thought the tracker was on my car.. After searching.. I realized it wasn't and that my wife at that time.. Was next door.. Accidentally tracking herself with her tracker in a filing box that also held my birth certificate, social security card, laptop, and stolen medication. I walked in front of the entrance to the restaurant bar.. In that I saw Lewana having a drink at the bar with Mr. Avery York Jr. I honestly don't care. Instead.. I went back to Advance to get a part for my heater or something interior.. In that I saw Lewana pull out.. Lewana was swerving.. In that a young sheriff's deputy attempted to pull her over before she arrived at the home I created.. I called 911 and requested the officer to obtain my court ordered documents and others in that they were in a filing box.. NOTE.. earlier that day an officer refused to confiscate my court ordered items in that I have that officer on video. The officer that attempted to catch Ms. Webb in a DUI.. that same officer argued with Ms. Webb and her Aunt for 30 minutes in that officer were able to get my social security card and birth certificate.. Ms. Webb immediately drove somewhere afterwards in that she was pissed off that I was able to retrieve my documents. Ms. Webb had a police report made in that Ms. Webb acted as a gaslighter in her statements. My question is whomever made that police report.. That officer knew ms. Webb was drunk..

Webb admitted to driving.. The officer did not arrest her or breathalyzer directly after another officer wanted to catch Ms. Webb in a DUI. The officer who made the report for Ms. Webb is unknown to me but that officer ignored Ms. Webb's being drunk.. Admitting to driving.. And on that night the police report was made.. I believe there's phone record that Ms. Webb called Avery after I received court order documents by that young officer.

believe Ms. Webb called Avery in anger after the bar.. In that I believe Avery ordered that officer to make a good report against me for Ms. Webb.. because that young officer received some kind of verbal discipline after helping me retrieve my court ordered documents.

**<ROUGH DRAFT FOR USDC>**

**Gregory Ryan Webb, all true, all fact.. No lies. A real scheme otherwise know as a real conspiracy. Acted and documented to out the true actors in that "they're" hiding something big. My cell phone and truck has an audio listened to by the public.. I'm videoed everywhere in that I've noticed nearly all and I'm no longer entertainment. "They" threw me away like garbage.. Fact.**



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY®
# MAIL

PRIORITY MAIL
POSTAGE REQUIRED



- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regard Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for a

RECEIVED
OCT 26 2023
U.S. District Court
Middle District of TN

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL

**P**

U.S. POSTAGE
$9.85
PM
62704
10/17/23
02
9816301046

### PRIORITY MAIL®

GREGORY WEBB
934 MACEDONIA ROAD
SPRING CITY TN 37381

4.30 oz

RDC 03

EXPECTED DELIVERY DAY: 10/20/23

SHIP
TO:
USDC
CLERK
719 CHURCH STREET
NASHVILLE TN 37203

### USPS TRACKING® NUMBER

9505 5066 3471 3290 0988 66

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00000133100

EP14 July 2022
OD: 15 x 11.625

FROM: Gregory Ryan Webb
934 Macedonia Rd
~~Cassville~~
Spring City TN 37381

TO:
United States
District Court
719 Church St.
Nashville, TN
37203

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE