To: U.S.D.C.

From: Gregory Ryan Webb

Re: 2:23·CV·0065

FILED
2023 NOV 14 PM 3:56
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## Request To Amend

I'm pro se. I'm requesting to amend the case no. 2-23-cv-0065 in the attached complaint.

Respectfully Submitted,

Gregory Ryan Webb
11/14/2023